19 cr 305 PAM/BRT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 2244(b) |
| | 49 U.S.C. § 46501(2)(A) |
| v. | 49 U.S.C. § 46506(1) |
| NEERAJ CHOPRA, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Abusive Sexual Contact)

On or about April 8, 2019, in the State and District of Minnesota, and in the special maritime and territorial jurisdiction of the United States, the defendant,

**NEERAJ CHOPRA,**

on an aircraft in the special aircraft jurisdiction of the United States, namely Jet Blue Flight number 1735 originating in Boston, Massachusetts, and bound for Minneapolis, Minnesota, did knowingly engage in non-consensual sexual contact with Minor Male Victim, to wit: by touching his groin over clothing, all in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Sections 46501(2)(A) and 46506(1).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY        FOREPERSON

SCANNED
NOV 21 2019
U.S. DISTRICT COURT MPLS