UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                   Crim. 19cr00305(1) PAM/BRT

        Plaintiff,

v.

(1) Neeraj Chopra,

        Defendant.

------------------------------------------------------------------------------------

**ORDER OF RECUSAL AND DIRECTION TO THE
CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED** pursuant to this Court's Assignment of Cases Order filed December 19, 2008 the above captioned action shall be resubmitted to the Clerk of Court for reassignment on the Master Criminal Assignment List.

DATED:  November 25, 2019

                                               s/Paul A. Magnuson
                                               Paul A. Magnuson, Judge
                                               United States District Court