IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  19-cr-305 NEB/BRT |
| | ) | Date:  December 6, 2019 |
| Neeraj Chopra, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  9W |
| Defendant, | ) | Time Commenced:  3:30 p.m. |
| | ) | Time Concluded:  4:15 p.m. |
| | | Time in Court:  45 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Ryan Garry
                X Retained

Date Charges Filed: 11/21/2019        Offense: abusive sexual contact

X Advised of Rights

on    X Indictment

**X Bond RPR set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

                                                                          s/Janet Midtbo
                                                         Signature of Courtroom Deputy