UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-CR-305(NEB/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **GOVERNMENT'S MOTION FOR** |
| | ) **CONTINUANCE** |
| v. | ) |
| | ) |
| NEERAJ CHOPRA, | ) |
| Defendant. | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Julie E. Allyn, Assistant United States Attorney, respectfully submit this motion for a continuance of the Motions Hearing currently scheduled for March 5, 2020.

Counsel for the government anticipates being in trial on March 5, 2020 before the Honorable Judge Donovan Frank. Given the trial schedule of counsel for the government, the United States respectfully requests the Court reschedule the Motions Hearing to sometime the week of March 16, 2020, or thereafter, at a time convenient for the Court.

2

Counsel to defendant Neeraj Chopra (Ryan Garry) does not object to the relief requested herein.

| | |
|---|---|
| Dated: February 3, 2020 | Respectfully Submitted, |
| | ERICA H. MacDONALD<br>United States Attorney |
| | *s/ Julie E. Allyn* |
| | BY:  JULIE E. ALLYN<br>Assistant U.S. Attorney<br>Attorney ID No. 256511 |