# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| NEERAJ CHOPRA | Criminal No. 19-305 (NEB/BRT) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Nancy E. Brasel | Lauren O. Roso, AUSA<br>Michelle Jones, AUSA | Ryan Garry, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 12, 2021 | Erin Drost | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Diagram of Airplane Seating Assignments |
| 2 | | | | | Cellbrite Report of N.F.'s iPhone |
| 2a | | | | | Screenshot of Chopra Contact Information |
| 2b | | | | | Photograph of Chopra arm on N.F.'s leg |
| 2c | | | | | Photograph of Chopra arm on N.F.'s leg |
| 2d | | | | | Photograph of Chopra arm on N.F.'s leg |
| 3 | | | | | Screenshot of iPhone Notes Application |
| 4 | | | | | Photograph of Chopra Boarding Passes |