AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MINNESOTA

| United States of America | **DEFENDANT'S EXHIBIT LIST** |
|---|---|
| v. | |
| Neeraj Chopra | Case Number:  19-cr-305 (NEB/BRT) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Nancy E. Brasel | Lauren O. Roso, AUSA<br>Michelle Jones, AUSA | Ryan P. Garry, Esq. |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| July 12, 2021 | Erin Drost | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D-1 | | | | Mr. Chopra's plane tickets |
| | D-2 | | | | IIR - Inflight Pax Non-Compliance/Misconduct |

Page 1 of    1    Pages